IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE ACOSTA, Jr.,

    **Plaintiff,**

v.                                                No. CIV-15-0530 SMV/LAM

UNITED STATES OF AMERICA,

    **Defendants.**

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery and Motions Deadlines (Doc. 24)*, filed June 15, 2016. Having considered the motion and record of the case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Discovery and Motions Deadlines (Doc. 24)* is **GRANTED**, and the following deadlines are extended as follows:

| | | |
|---|---|---|
| 1. | Plaintiff's expert reports: | **July 25, 2016** |
| 2. | Defendant's expert reports: | **August 25, 2016** |
| 3. | Termination date for discovery: | **September 26, 2016** |
| 4. | Discovery motions: | **October 14, 2016** |
| 5. | Pretrial motions: | **November 4, 2016** |

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**