IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE ACOSTA, Jr.,

      Plaintiff,

v.                                        No. CIV-15-0530 SMV/LAM

UNITED STATES OF AMERICA,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | **Status Conference to Reset Settlement Conference** |
| DATE AND TIME OF HEARING: | **Thursday, September 8, 2016 at 1:45 p.m.** (Trailing Docket – please be available 15 minutes prior to the start of this hearing) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

**The Court shall initiate the call - if counsel will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers by 11:00 a.m. the day before the hearing.** The Court's phones can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                   _____
                                                   **LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**